IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00813-MSK-KLM

UNITED STATES OF AMERICA in the interest of MCFSA, LTD D/B/A METROPLEX CONTROL SYSTEMS,

    Plaintiff,

v.

RICHARD E. GASH ELECTRIC COMPANY, and
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

    Defendants.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS MATTER is before the Court on the Agreed Stipulation of Dismissal With Prejudice (Motion) **(#34)** filed October 6, 2008. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff MCFSA, Ltd. d/b/a Metroplex Control Systems' claims for Breach of Contract, and Bad Faith insurance practices against Defendant Travelers Casualty & Surety Company of America are hereby dismissed with prejudice.

DATED this 7th day of October, 2008.

                                                    **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge