**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks           Date: April 23, 2009
Court Reporter: Janet Coppock                         Time: 25 minutes

**CASE NO.  08-cv-00813-PAB-KLM**

<u>Parties</u>                                                                  <u>Counsel</u>

**TRAVELER'S CASUALTY COMPANY**           Scott Sweeney
**OF AMERICA,**

       Third Party Plaintiff (s),

vs.

**RICHARD E. GASH ELECTRIC CO.,
GEORGE A. NIGHTINGALE,
PEGGY S. NIGHTINGALE,
JOHN LAW, and
CHERYL A. LAW,**

       Defendant (s).

**HEARING ON MOTION FOR DEFAULT JUDGMENT**

**9:05 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL for plaintiff.  No appearances on behalf of the defendants.

Page Two
08-cv-00813-PAB-KLM
April 23, 2009

Third Party Plaintiff Traveler's Casualty and Surety Company of America's Amended Motion for Default Judgment (Doc #56), filed 3/27/09.

**9:08 a.m.**     Argument by Mr. Sweeney.  Questions by the Court.

Court states its findings of fact and conclusions of law.

**ORDERED:**  Third Party Plaintiff Traveler's Casualty and Surety Company of America's Amended Motion for Default Judgment (Doc #56), filed 3/27/09 is GRANTED.

**ORDERED:**  Default Judgment shall enter in the amount of **$2,002,330.53.**

**9:30 a.m.**     **COURT IN RECESS**

**Total in court time:**     25 minutes

**Hearing concluded**