IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00813-PAB-KLM

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

    Cross Claimant/Third Party Plaintiff,

v.

RICHARD E. GASH ELECTRIC COMPANY,

    Cross-Claim Defendant,

and

GEORGE A NIGHTINGALE,
PEGGY S. NIGHTINGALE,
JOHN LAW, and
CHERYL A. LAW,

    Third Party Defendants.
_____

### MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on counsel for Travelers Casualty & Surety Company of America' **Motion to Withdraw as Counsel** [Docket No. 71; Filed June 24, 2009].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Patrick Q. Hustead and Scott D. Sweeney are relieved of any further representation of Travelers in the above-captioned matter.  The Clerk is instructed to terminate these counsel as attorneys of record, and to remove their names from the electronic certificate of mailing.  Counsel are reminded that all pleadings filed in this Court must be double spaced pursuant to D.C. Colo. L. Civ. R. 10.1(E).

Dated:  June 25, 2009